[No. 38523-2-I.     Division One.     March 24, 1997.]

WILLIAM H. BRANDT, *Appellant*, v. JOAN EASTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-02951-3, R. Joseph Wesley, J., entered April 12, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38577-1-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05738-3, Norma Smith Huggins, J., entered April 17, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38607-7-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEMMORA A. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08192-1, William L. Downing, J., entered May 13, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38762-6-I.     Division One.     March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MICHAEL BOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-02186-7, Anthony P. Wartnik, J., entered May 9, 1996. *Reversed* by unpublished per curiam opinion.